UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

WILLIAM R. SHAW,

                Plaintiff,

v.                                                        Case No. 20-CV-1544

RANDY PIONTKOWSKI,

                Defendants.
_____

### CERTIFICATE OF SERVICE ON NON-ECF PARTICIPANT
_____

      David Brannan herein certifies that he is employed by the City of Milwaukee as a Legal Office Assistant assigned to duty in the office of the City Attorney, 200 East Wells Street, 800 City Hall, Milwaukee, WI 53202; and that on the 22nd day of December, 2023 he electronically filed Defendant's Motions in Limine and Defendant's Amended Motions in Limine, and on the 26th day of December, 2023 electronically filed this Certificate of Service, and deposited a copy of same, in the United States mail at City Hall in the City of Milwaukee, Wisconsin in the above-entitled case, in a securely enclosed envelope, the postage duly prepaid, addressed to:

                TO:    William Robert Shaw
                           DOC# 00461677
                           Racine Correctional Institution
                           P.O Box 900
                           Sturtevant WI 53177-0900

                           s/ David Brannan
                           DAVID BRANNAN

1032-2020-1718:289081