TEARMAN SPENCER
City Attorney

ODALO J. OHIKU
ROBIN A. PEDERSON
S. TODD FARRIS
JENNIFER L. WILLIAMS
Deputy City Attorneys

HEIDI WICK SPOERL
KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
PATRICK J. MCCLAIN
HANNAH R. JAHN
JULIE P. WILSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
ALEXANDER T. MUELLER
ALEXANDER D. COSSI
LISA A. GILMORE
KATHERINE A. HEADLEY
L. ANTHONY JACKSON
STACY J. MILLER
MICHAEL C. RADAVICH
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
JOANNA FRACZEK
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
MARIA E. MESOLORAS
CYNTHIA H. ORTEGA SANTANA
Assistant City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

February 2, 2024

*VIA ELECTRONIC FILING and USPS MAIL*

Honorable William C. Griesbach
U.S. District Court Eastern District
Green Bay Division
125 S. Jefferson Street
Green Bay, WI 54301

RE:    **William Robert Shaw v. Randy Piontkowski**
         Eastern District Case No. 1:20-cv-01544-WCG

Dear Judge Griesbach,

This letter is to memorialize my cooperative efforts to notify and secure witnesses for our jury trial scheduled next Wednesday, February 7, 2024, as Plaintiff William Shaw is currently serving a custodial sentence with the Wisconsin Department of Corrections. Former Milwaukee Police Department (MPD) members, now retired, Patrick Elm and Thomas Wroblewski have been served with subpoenas, and I have confirmed their availability for Plaintiff's testimony.

Additionally, MPD Officer Angela Gonzalez is available for testimony; however, she is currently on leave and immobile. Officer Gonzalez is willing to appear virtually should Plaintiff require her testimony should the Court grant Plaintiff's request. The defense does not plan on calling Officer Gonzalez, and is not filing a motion to permit her virtual appearance for that reason.

My co-counsel ACA McCabe and I are available on Monday or Tuesday for any pretrial hearings to review these or other issues raised by either party in the meantime.

Very truly yours,

*s/ Jennifer Williams*
Jennifer Williams
Deputy City Attorney
Phone: (414) 286-2645

1032-2020-1718/289694