# COURT MINUTES OF JURY TRIAL

**William Robert Shaw,**

                           **Plaintiff,**

   v.

                                               **Case No. 20-CV-1544**

**Randy Piontkowski,**

                           **Defendant.**

**Hon. William Griesbach, presiding.**       **Deputy Clerk:** Ross Miller

**Dates of Trial:** February 7-February 8, 2024     **Court Reporter:** Jennifer Stake

**Appearances:**     **Plaintiff:**    *Pro Se*, Stand-By Counsel George Burnett

                    **Defendant:**   Jennifer Williams, Meghan McCabe

| Date | Time Called | A.M. Break | Lunch Break | P.M. Break | Time Finished | Court Reporter |
|---|---|---|---|---|---|---|
| 2/7/2024 | 8:45AM | 10:35AM-10:51AM | 12:04PM-1:28PM | 2:36PM-2:52PM | 4:24PM | J.S. |
| 2/8/2024 | 8:43AM | 10:07AM-10:26AM | 12:14PM-1:13PM | 2:10PM-2:36PM | 5:14PM | J.S. |

**Date**

**WEDNESDAY, February 7, 2024**

8:45AM Court in session.  Appearances.  Discussions held with parties.
9:25AM Court in recess.
9:38 AM Court in session.  Jury Panel Seated.  Appearances.
9:42 AM Prospective jurors sworn.  *Voir Dire* proceeded.  Jury Instructions given.
10:25 AM Jury of eight selected, Juror numbers 2,3,4,7,8,10,12,14.  Jury excused.  Discussions held with parties.
10:35 AM Court in recess.
10:51 AM Court in session.  Jury enters.  Jurors sworn.
10:52 AM Plaintiff's opening statement.
11:35 AM Defendant's opening statement.
11:49 AM Jury excused.
11:50 AM Discussions held with parties.
11:51 AM Court in recess.
11:57 AM Court in session.  Discussions held with parties.
12:04 PM Court in recess.
1:28 PM Court in session.  Jury enters.
1:30 PM Plaintiff calls **Patrick Elm** to the witness stand.  Direct.
2:27 PM Jury excused.  Discussions held with parties.
2:36 PM Court in recess.
2:52 PM Court in session.  Jury enters.  Direct continued.

2:56 PM Cross examination.
3:09 PM Redirect.
3:14 PM Witness excused.
3:15 PM Plaintiff calls **Angela Gonzalez** to the witness stand via Zoom.  Direct.
3:56 PM Cross examination.
4:02 PM Redirect.
4:04 PM Witness excused.
4:11 PM Jury excused.  Discussions held with parties. Defendant's Motion in *Limine* No. 8 (ECF No. 155) is GRANTED.
4:24 PM Court in recess.

**THURSDAY, February 8, 2024**

8:43 AM Court in session.  Discussions held with parties.
8:49 AM Jury enters.
8:50 AM Plaintiff calls **Randy Piontkowski** to the witness stand.  Direct.
9:23 AM Cross examination.
10:06 AM Jury excused.
10:07 AM Court in recess.
10:26 AM Court in session.  Jury enters.  Cross examination continued.
10:41 AM Redirect.
10:57 AM Recross.
10:58 AM Witness excused.
10:59 AM Plaintiff calls himself **William Robert Shaw** to the witness stand.  Direct by Stand-By Counsel.
11:33 AM Cross examination.
12:01 PM Jury excused.  Discussions held with parties.
12:14 PM Court in recess.
1:13 PM Court in session.  Discussions held with parties.
1:24 PM Jury enters.  Cross examination continued.
1:28 PM Redirect.
1:29 PM Witness excused.
1:32 PM Plaintiff rests its case.
1:33 PM Defendant calls **Scott Iverson** to the witness stand.  Direct.
1:47 PM Cross examination
1:59 PM Redirect.
2:03 PM Recross.
2:07 PM Witness excused.
2:07 PM Defense rests its case.
2:08 PM Jury is excused.  Discussions held with parties.  Defendant's Motion in *Limine* No. 6 (ECF No. 155) is DENIED.
2:10 PM Court in recess.
2:34 PM Court in session.  Discussions held with parties.  Plaintiff's Motion Regarding Witnesses is WITHDRAWN.  Plaintiff's Motion to Strike Sham Affidavits is DENIED.
2:38 PM Court in recess.
2:45 PM Court in session. Jury enters.
2:46 PM Jury instructions given.
3:04 PM Plaintiff's closing argument.
3:21 PM Defendant's closing argument.
3:29 PM Plaintiff's rebuttal argument.
3:31 PM Final jury instructions given.
3:36 PM CSO sworn.

3:37 PM Jury excused.
3:38 PM Court in recess.
5:10 PM Court in session.  Jury enters.
5:12 PM Jury verdict read on the record.
5:14 PM Jury dismissed.  Court in recess.